UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Richard Jaggard and Judy Jaggard,<br><br>    Plaintiffs<br><br>v.<br><br>Abbott Laboratories,<br><br>    Defendant | Case No.: 2:21-cv-01483-JAD-VCF<br><br>**Order Transferring Case to Unofficial Northern Division** |

It has come to the court's attention that the Clerk of Court inadvertently filed this action in the unofficial southern division of this court when it should have been filed in the unofficial northern division where it allegedly arose.[1]  IT IS THEREFORE ORDERED that this action is transferred to the unofficial northern division of this court for all further proceedings.  The Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division, and the action under this docket number shall be closed without prejudice to Richard and Judy Jaggard regarding any limitation period and filing fee.

_____
U.S. District Judge Jennifer A. Dorsey
August 16, 2021

---

[1] *Compare* ECF No. 1-1 at 6–13 (complaint removed from the Second Judicial District Court in and for the County of Washoe, State of Nevada), *with* Local Rule IA 1-8(a) (providing that except in circumstances not relevant here, civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose").